UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    *Defendant*. | Civil Action No. 23-1395 (RC) |

## CONSENT MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(c) and the attached certifications, I hereby move for the admission *pro hac vice* of Daniel Martinez of American Oversight, 1030 15th Street NW, B255, Washington, DC 20005, to represent Plaintiff in this matter. Pursuant to Local Rule 7(m), counsel for the parties have conferred and Defendants consent to this motion.

Dated: May 17, 2024

Respectfully submitted,

*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
emma.lewis@americanoversight.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2024, I electronically filed a copy of the foregoing Motion for Admission *Pro Hac Vice*. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: May 17, 2024                                                Respectfully submitted,

                                                                                 */s/ Emma Lewis*
                                                                                 Emma Lewis