UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant*. | Civil Action No. 23-1395 (RC) |

### DECLARATION OF DANIEL MARTINEZ IN SUPPORT OF MOTION TO BE ADMITTED *PRO HAC VICE*

Pursuant to the requirements of Local Rule 83.2(c)(2), I, DANIEL MARTINEZ, hereby declare as follows:

1. My full name is Daniel Havlir Martinez.

2. I am an attorney at American Oversight, working remotely from my residence in California. American Oversight's office address is 1030 15th Street NW, B-255, Washington, DC 20005. My office phone number is (202) 897-2465. My email address is danny.martinez@americanoversight.org.

3. I am admitted and a member in good standing of the State Bar of California (Bar No. 333347).

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in any matter before this Court.

6. I am newly engaging in the practice of law from an office headquartered in the District of Columbia under the supervision of a member of the District of Columbia Bar, and hereby certify that I have submitted an application for membership to the District of Columbia

Bar. That application is pending. I intend to take steps to become a member of this Court's bar upon approval of my application for membership to the District of Columbia Bar.

7. I certify that I have reviewed and am familiar with the Local Rules of this Court.

8. Attached hereto as Exhibit A is a true and correct copy of a Certificate of Good Standing from the State Bar of California, issued within 30 days of the date of this filing.

9. I further certify that the required fee of $100 will accompany my motion mailed to the Clerk's Office for filing.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:  May 17, 2024

Daniel Martinez

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

April 25, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL HAVLIR MARTINEZ, #333347 was admitted to the practice of law in this state by the Supreme Court of California on January 16, 2021 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records