UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendant*. | Civil Action No. 23-1395 (RC) |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* and accompanying

certification, it is hereby **ORDERED** that Plaintiff's Motion for Admission *Pro Hac Vice* of

Daniel Martinez is **GRANTED.**

**SO ORDERED.**

Date: _____

_____
RUDOLPH CONTRERAS
United States District Judge